1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN T. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  GEORGE L. BEVAN JR. (CSBN 65207)
   Assistant United States Attorney
5
6  1301 Clay Street, Suite 340S
   Oakland, CA, 94612
7  Telephone: 510-637-3689
              415-308-7976
   Fax 510-637-3679
8  Email: George.bevan@usdoj.gov

9  Attorneys for Plaintiff

**FILED** AUG 2 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED** AUG 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 03-40201-CW |
| Plaintiff, | STIPULATION AND ORDER RESCHEDULING DATE OF SENTENCING |
| v. | |
| ERNEST SINGH, | |
| Defendant. | |

The parties stipulate and jointly request that the defendant's sentencing in this case be rescheduled from August 22, 2007, to November 28, 2007, at 2:30 p.m. The reason for this request is that the undersigned government counsel was recently assigned this case upon the departure of AUSA Alicia Fenrick. Government counsel needs this additional time to learn the case and assess all matters impacting the defendant's sentencing.

For this reason, the parties jointly request that the currently sentencing date of sentencing date of **August 22, 2007**, be rescheduled to **November 28, 2007, at 2:30 p.m.** Government counsel has notified Probation Officer Charlie Mabie via voice message of this proposed new date.

Dated: 8/22/07

FRED REEMER, ESQ.
Counsel for Defendant

SCOTT N. SCHOOLS
United States Attorney

Dated: 8/22/07

GEORGE L. BEVAN JR.
Assistant United States Attorney

IT IS SO ORDERED.

Dated: AUG 2 4 2007

CLAUDIA WILKEN
United States District Judge

2