SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

GEORGE L. BEVAN JR. (CSBN 65207)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: 510-637-3689
              415-308-7976
   Fax 510-637-3679
   Email: George.bevan@usdoj.gov

Attorneys for Plaintiff

**RECEIVED**
NOV 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
NOV 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERNEST SINGH, <br><br> Defendant. | CR No. 03-40201-CW <br><br> STIPULATION AND ORDER RESCHEDULING DATE OF SENTENCING |

    The parties stipulate and jointly request that the defendant's sentencing in this case be rescheduled from **November 28, 2007** to **February 27, 2008, at 2:30 p.m.** The reason for this request is that the parties are not in a position to proceed to sentencing. The defendant is providing consideration pursuant to his plea agreement, and as soon as that process is completed, the government will need time to evaluate the consideration provided and make an evaluation relevant to the government's sentencing memorandum.

1 | It is anticipated that this continuance will benefit the defendant.

2 |     Defense counsel concurs with this request, and has authorized government counsel to sign this stipulation on his behalf.

Dated: 11/28/07

FRED REEMER, ESQ.
Counsel for Defendant

SCOTT N. SCHOOLS
United States Attorney

Dated: 11/28/07

GEORGE L. BEVAN JR.
Assistant United States Attorney

IT IS SO ORDERED.

Dated: _____

CLAUDIA WILKEN
United States District Judge

2